UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHALIN MERRIHEW,

    Plaintiff,

v.                                                                       Case No. 3:21cv4956-TKW-HTC

THEODORE ROODHOF and
THOMAS BAKKEDAHL,

    Defendants.
_____/

ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the Southern District of Florida.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **TRANSFERRED** to the Southern District of Florida.

3. Th Clerk shall close the case file in this Court.

**DONE and ORDERED** this 14th day of March, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv632-LC-HTC